AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

FILED

2017 MAY 5 PM 1 11

U.S. DISTRICT COURT
NEW HAVEN, CT.

United States of America
v.
JEREMY WAVER
(DOB ##/##/1986)

*Defendant(s)*

Case No. 3:17mj851 (SALM)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 1, 2017, May 4, 2017 in the county of New Haven in the District of Connecticut, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1), 841(b)(1)(C) | Possession with intent to distribute heroin on or about May 4, 2017 |
| 21 U.S.C. 841(a)(1), 841(b)(1)(C) | Distribution of fentanyl on or about April 1, 2017 |

This criminal complaint is based on these facts:

See Attached Affidavit of DEA Task Force Officer Brian McPadden

☑ Continued on the attached sheet.

B. P. McP

*Complainant's signature*

DEA Task Force Officer Brian McPadden

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/05/2017

/s/ Sarah A. L. Merriam, USMJ

*Judge's signature*

City and state: New Haven, Connecticut

Sarah A. L. Merriam, U.S. Magistrate Judge

*Printed name and title*